

FILED
JUN 30 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOHNSON (1),<br>aka "Scooby,"<br>aka "Daddy,"<br><br>Defendant. | Case No.  15cr2672-WQH<br><br>ORDER OF CRIMINAL FORFEITURE |
|---|---|

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named defendant, ROBERT JOHNSON (1) ("Defendant"), pursuant to 18 U.S.C. § 1594(d), as involved in, proceeds of, or used or intended to be used, to commit or to facilitate the commission of the violation of 18 U.S.C. § 1594(c), and any property traceable to such property; and

WHEREAS, on or about February 24, 2015, Defendant pled guilty before Magistrate Judge Mitchell D. Dembin to Count 1 of the Indictment, which plea included consents to the forfeiture allegations of the Indictment, including the forfeiture of all property seized in connection with this case, including but not limited to the following:

//

    (1) Cell Phone – Alcatel 768 One Touch

    (2) Cell Phone – HTC Android 6330VW

    (3) Cell Phone – HTC Android 0P6B120

    (4) Cell Phone – Samsung CDMA SM-G900P Galaxy

    (5) American Armory .38 caliber revolver

    (6) 6 rounds of ammunition

    (7) Samsung XE303C12 laptop

    (8) Pellet gun; and

WHEREAS, on January 13, 2016 this Court accepted the guilty plea of the Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, the United States, having submitted the Motion and Order herein to the Defendant through his attorney of record, to review, and no objections having been received; and

WHEREAS, the aforementioned forfeited assets are currently in the custody of the National City Police Department ("NCPD");

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title and interest of Defendant ROBERT JOHNSON (1) in the following properties are hereby forfeited to the United States:

    (1) Cell Phone – Alcatel 768 One Touch

    (2) Cell Phone – HTC Android 6330VW

    (3) Cell Phone – HTC Android 0P6B120

    (4) Cell Phone – Samsung CDMA SM-G900P Galaxy

    (5) American Armory .38 caliber revolver

    (6) 6 rounds of ammunition

(7) Samsung XE303C12 laptop

(8) Pellet gun.

2. The aforementioned forfeited assets, which are currently in the custody of the NCPD, shall be disposed of by that agency according to law when no longer needed for evidence.

3. No ancillary proceedings or further forfeiture action is required as to Defendant ROBERT JOHNSON (1) in this case.

4. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and be part of the sentence and included in the judgment.

DATED: 6/30/16

WILLIAM Q. HAYES, Judge
United States District Court